The appeal of the state of Ohio shall remain pending.

**95–1479.** State v. Jackson. *Cuyahoga County,* No. 60435. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. It appears from the records of this court that appellant has not filed a merit brief or a notice of adoption of the memorandum in support of jurisdiction as the brief, due September 5, 1995, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by this court that this cause be, and hereby is, dismissed *sua sponte,* effective September 8, 1995.

**95–1714.** State ex rel. Taxpayers for Accountable Govt. v. Cincinnati City Council. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition regarding an expedited election matter. Upon consideration of relators' application for dismissal of claims against Hamilton County Board of Elections, Don Driehaus, Timothy Burke, Ralph B. Kohnen, and Eugene Ruehlmann,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective August 28, 1995.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## Wednesday, September 13, 1995
## MOTION DOCKET

**94–2109.** Middleton v. Cuyahoga Cty. Bd. of Revision. Board of Tax Appeals, No. 93–G–1407. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellees' notice of objections and motion to strike appearance of June C. Middleton,

IT IS ORDERED by this court that the motion to strike appearance of June Middleton be, and hereby is, denied, effective September 12, 1995.

**94–2109.** Middleton v. Cuyahoga Cty. Bd. of Revision. Board of Tax Appeals, No. 93–G–1407. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion to strike merit brief of *amicus curiae* and motion of *amicus curiae,* Westlake Board of Education, for permission to participate in oral argument scheduled for September 14, 1995,

IT IS ORDERED by the court that the motion to strike merit brief of *amicus curiae* be, and hereby is, denied, effective September 12, 1995.

IT IS FURTHER ORDERED by the court that the motion of *amicus curiae* for permission to participate in oral argument be, and hereby is, granted, provided *amicus curiae* shares the time allotted to appellees.

## DISCIPLINARY DOCKET

**95–1849.** In re Gallagher. On September 7, 1995, the Board of Commissioners on Grievances and Discipline filed with this court a certified copy of an indictment returned against Michael Gallagher on August 30, 1995, in the United States District Court for the Northern District of Ohio, Eastern Division, in case No. 1:95CR 312, *United States v. Michael Gallagher.* Upon consideration thereof,

IT IS ORDERED by this court, effective September 12, 1995, in accordance with Gov.Jud.R. III(1)(B), that Judge Michael Gallagher, Attorney Registration No. 0024396, last known business address in Cleveland, Ohio, be disqualified from acting as judge while there is pending an indictment charging him with a crime punishable as a felony under state or federal law.

IT IS FURTHER ORDERED by this court that Judge Michael Gallagher shall remain disqualified from acting as a judge until further order issued by this court.